

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

Kim-Anh-Pham, on behalf of herself and all others similarly situated,

    Plaintiff(s),    Case No.  2:23-cv-00561-KJM-AC

v.

Lincoln Benefit Life Company, and Does 1 to 50, inclusive,

    Defendant(s).

I, __Martin V. Sinclair, Jr. attorney for Kim-Anh Pham__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Sperling & Slater, LLC |
| Address: | 55 W. Monroe Street |
| | Suite 3200 |
| City: | Chicago |
| State: | Illinois   ZIP Code: 60603 |
| Voice Phone: | (312) 641-3200 |
| FAX Phone: | (312) 641-6492 |
| Internet E-mail: | mvs@sperling-law.com |
| Additional E-mail: | |
| I reside in City: | Chicago   State: Illinois |

I was admitted to practice in the ___Supreme Court - State of Illinois___

on ___November 10, 2005___. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

___N/A___

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Christopher R. Pitoun |
| Firm Name: | Hagens Berman Sobol Shapiro LLP |
| Address: | 301 North Lake Avenue |
| | Suite 920 |
| City: | Pasadena |
| State: | California    ZIP Code: 91101 |
| Voice Phone: | (213) 330-7150 |
| FAX Phone: | (213) 330-7152 |
| E-mail: | christopherp@hbsslaw.com |

Dated: __5/9/2023__    Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: May 22, 2023

CHIEF UNITED STATES DISTRICT JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Martin Vincent Sinclair, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 4th day of May, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois