

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

Kim-Anh-Pham, on behalf of herself and
all others similarly situated,
      Plaintiff(s),  Case No. 2:23-cv-00561-KJM-AC

v.

Lincoln Benefit Life Company, and
Does 1 to 50, inclusive,
      Defendant(s).

I, __David S. Klevatt, attorney for Kim-Anh Pham__,
hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Klevatt & Associates, LLC |
| Address: | 77 West Wacker Drive |
| | Suite 4500 |
| City: | Chicago |
| State: | Illinois  ZIP Code: 60601 |
| Voice Phone: | (312) 782-09090 |
| FAX Phone: | (312) 724-7111 |
| Internet E-mail: | dklevatt@chicagolaw.biz |
| Additional E-mail: | |
| I reside in City: | Chicago    State: Illinois |

I was admitted to practice in the A Supreme Court State of Illinois on  November 10, 1988 . I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

8:21-cv-2065-SPG-E  Cheri Poe v. Northwestern Mutual Life Ins. Co.  October 4, 2022  Granted

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Christopher R. Pitoun |
| Firm Name: | Hagens Berman Sobol Shapiro LLP |
| Address: | 301 North Lake Avenue |
| | Suite 920 |
| City: | Pasadena |
| State: | California    ZIP Code: 91101 |
| Voice Phone: | (213) 330-7150 |
| FAX Phone: | (213) 330-7152 |
| E-mail: | christopher@hbsslaw.com |

Dated: 5/8/2023        Petitioner: _/s/_

**ORDER**

IT IS SO ORDERED.

Dated: May 22, 2023

CHIEF UNITED STATES DISTRICT JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/8/2023

Re: David S. Klevatt
Attorney No. 6198947

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that David S. Klevatt was admitted to practice law in Illinois on 11/10/1988; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar