# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-ANH PHAM, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>LINCOLN BENEFIT LIFE COMPANY, and DOES 1 TO 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-CV-00561-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER GRANTING STIPULATION TO SEAL OR, IN THE ALTERNATIVE, TO REMOVE AND RE-FILE THE DECLARATION FOUND AT DKT. NO. 24-2**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  March 23, 2023 |

The Court, having reviewed the Parties' Stipulation to Seal or, in the Alternative, to Remove and Re-file the Declaration Found at Dkt. No. 24-2 ("Stipulation"), and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.  The Declaration and Exhibit 1 to the Declaration found at Dkt. No. 24-2 shall be sealed until further order of this court. Defendant Lincoln Benefit is directed to re-file the Declaration and the redacted version of Exhibit 1 within seven (7) days of the filing date of this order.

///

///

1  **IT IS SO ORDERED**.

2  DATED: June 21, 2023.