**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
Abigail D. Pershing (SBN 346467)
abigailp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Attorneys for Plaintiff
KIM-ANH PHAM

**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (SBN 240419)
tarifa.laddon@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:  (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendant
LINCOLN BENEFIT LIFE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-ANH PHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 2:23-CV-00561-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>Current Response Date:  May 17, 2023<br>New Response Date:       June 14, 2023 |

Plaintiff Kim-Anh Pham, on behalf of herself and all others similarly situated ("Plaintiff"), together with Defendant Lincoln Benefit Life Company ("Lincoln Benefit") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend Lincoln Benefit's deadline to respond to the Complaint by twenty-eight days, from May 17, 2023 to June 14, 2023.

In support of their stipulation, the Parties state as follows:

1. Plaintiff filed the instant Complaint on March 23, 2023 (Dkt. No. 1).
2. Lincoln Benefit was served with the Complaint on April 26, 2023.
3. Pursuant to Federal Rule of Civil Procedure 4(a)(1)(A)(i), the deadline for Lincoln Benefit to respond to the Complaint is currently May 17, 2023.
4. Lincoln Benefit is continuing to assess its response to the Complaint.
5. Counsel for the Parties have conferred, and Plaintiff's counsel has consented to this stipulation for a brief extension of Lincoln Benefit's deadline to respond to the Complaint, from May 17, 2023 until June 14, 2023, pursuant to Local Rule 144(a).
6. In the event that Lincoln Benefit files a motion to dismiss pursuant to Federal Rule of Civil Procedure 12, Plaintiff will then have 30 days, until July 12, 2023 to respond.
7. In the event that Lincoln Benefit answers the Complaint and does not seek dismissal, the Parties agree that discovery can immediately begin.
8. The Parties have not previously stipulated to extend the deadline for Lincoln Benefit to respond to the Complaint.
9. This agreement amounts to an extension of not more than 28 days from the date Defendant's response initially would have been due.
10. This stipulation is not made for the purpose of delay.

IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that:

     a) Lincoln Benefit's deadline to respond to Plaintiff's Complaint is extended from May 17, 2023 to **June 14, 2023**; and

     b) If Lincoln Benefit files a motion to dismiss pursuant to Federal Rule of Civil Procedure 12, Plaintiff will then have 30 days, until July 12, 2023 to respond; and

     c) If Lincoln Benefit answers the Complaint and does not seek dismissal, the Parties agree that discovery can immediately begin.

DATED: June 27, 2023	**HAGENS BERMAN SOBOL SHAPRIO LLP**

By:	/s/ Christopher R. Pitoun
		CHRISTOPHER PITOUN

		*Attorneys for Plaintiff*
		KIM-ANH PHAM

DATED: June 27, 2023	**FAEGRE DRINKER BIDDLE & REATH LLP**

By:	/s/ Tarifa B. Laddon (as authorized on 5/17/23)
		TARIFA B. LADDON

		*Attorneys for Defendant*
		LINCOLN BENEFIT LIFE COMPANY

**IT IS SO ORDERED that:**

     a) Lincoln Benefit's deadline to respond to Plaintiff's Complaint is extended from May 17, 2023 to **June 14, 2023**;

     b) If Lincoln Benefit files a motion to dismiss pursuant to Federal Rule of Civil Procedure 12, Plaintiff will then have 30 days, until July 12, 2023 to respond; and

/////

c) If Lincoln Benefit answers the Complaint and does not seek dismissal, the Parties agree that discovery can immediately begin.

Dated: June 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE