

# United States District Court
# Eastern District of California

| KIM-ANH PHAM |
|---|
| Plaintiff(s) |

V.

| LINCOLN BENEFIT LIFE COMPANY |
|---|
| Defendant(s) |

Case Number: 2:23-cv-00561-KJM-DB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Daniel A. Shmikler** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: KIM-ANH PHAM

On **11/07/1996** (date), I was admitted to practice and presently in good standing in the **Supreme Court - State of Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Schmidt v. Standard Life Ins. Co., No. 1:21-cv-01784
PHV Application filed 07/27/2023, Granted 08/01/2023

Date: 08/09/2023

Signature of Applicant: /s/ Daniel A. Shmikler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Daniel A. Shmikler |
| Law Firm Name: | Sperling & Slater LLC |
| Address: | 55 W. Monroe Street |
| | Suite 3200 |
| City: | Chicago |
| State: | IL |
| Zip: | 60603 |
| Phone Number w/Area Code: | (312) 641-3200 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | dshmikler@sperling-law.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christopher R. Pitoun |
| Law Firm Name: | Hagens Berman Sobol Shapiro LLP |
| Address: | 301 N. Lake Ave. |
| | Suite 920 |
| City: | Pasadena |
| State: | CA |
| Zip: | 91101 |
| Phone Number w/Area Code: | (213) 330-7150 |
| Bar #: | 290235 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 15, 2023

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel Abraham Shmikler

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/1996 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 12th day of July, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois