Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
Abigail D. Pershing (SBN 346467)
abigailp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

David S. Klevatt (admitted *Pro Hac Vice*)
dklevatt@insurancelawyer.com
Timothy M. Howe (admitted *Pro Hac Vice*)
Tim@Chicagolaw.biz
KLEVATT & ASSOCIATES, LLC
77 W. Wacker, Suite 4500
Chicago, IL 60602-2619

*Attorneys for KIM-ANH PHAM,*
*on behalf of herself and all others similarly situated*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-ANH PHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, and DOES 1 TO 50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-00561-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date: August 11, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br><br>Complaint Filed: March 23, 2023 |

1    Plaintiff, Kim-Anh Pham, by and through her attorneys, submits this Notice of Supplemental
2    Authority pursuant to Local Rule 230(m)(2). Plaintiff hereby states the following:
3    In Plaintiff's Opposition to Defendant Lincoln Benefit Life Company's Motion to Dismiss,
4    Plaintiff argued that Lincoln Benefit breached by refusing to pay death benefit proceeds, and that this
5    breach caused Plaintiff's harm. ECF No. 34 at 5:7-6:25. In support, Plaintiff quoted this Court for the
6    proposition that "[q]uestions of causation, i.e., whether the policy would have lapsed even if defendant
7    had complied with the statutes, are not relevant to whether there was a violation of a procedural right."
8    *Id.* at 6:12-15. Since the submission of the Opposition on July 12, 2023 (and since Plaintiff completed
9    her sur-reply briefing on August 16, 2023, ECF No. 49), Plaintiff has identified the following
10   additional persuasive decisions. Plaintiff submits these decisions as further support for an order
11   dismissing Defendant's Motion to Dismiss:

- *Moriarty v. Am. Gen. Life Ins. Co.*, No. 3:17-CV-1709-JO-WVG, 2023 WL 5211632 (S.D. Cal. Aug. 14, 2023) (Exhibit 1).
- *Grundstrom, v. Wilco Life Ins. Co.*, No. 20-CV-03445-MMC, 2023 WL 5723674, (N.D. Cal. Sept. 5, 2023) (Exhibit 2).
- *Small, v. Allianz Life Ins. Co.*, No. 20-CV-01944-TJH, (C.D. Cal. Aug. 25, 2023) (Exhibit 3).

DATED: September 21, 2023            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ *Christopher Pitoun*
     Christopher Pitoun (SBN 290235)
christopherp@hbsslaw.com
Abigail D. Pershing (SBN 346467)
abigailp@hbsslaw.com
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

David S. Klevatt (admitted *Pro Hac Vice*)
dklevatt@insurancelawyer.com
KLEVATT & ASSOCIATES, LLC
77 West Wacker Drive, Suite 4500

Chicago, IL 60601
Telephone: (312) 782-9090

Joseph M. Vanek (admitted *Pro Hac Vice*)
jvanek@sperling-law.com
Mitch Macknin (to be admitted *Pro Hac Vice*)
mhmacknin@sperling-law.com
John P. Bjork (to be admitted *Pro Hac Vice*)
jbjork@sperling-law.com
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Telephone: (312) 641-3200

*Attorneys for KIM-ANH PHAM, on behalf of herself and all others similarly situated*