# EXHIBIT 1

# TERM INSURANCE TO AGE 95 POLICY

Insured: TED C DANG
Policy Number: 01T1222277
Premium Class: PREFERRED ELITE
Face Amount: 500,000.00
Issue Age: 33
Issue Date: 11/10/2000

## THIS IS A LEGAL CONTRACT--READ IT CAREFULLY

**LINCOLN BENEFIT LIFE COMPANY** promises to pay the death benefit to the beneficiary on death of the insured upon receipt of the due proof of death of the insured.

**PLEASE EXAMINE THE APPLICATION.** We issued this policy based upon the answers in the application (copy included). If all answers are not complete and true, the policy may be affected.

**RIGHT TO CANCEL YOUR POLICY.** You may cancel this policy by delivering or mailing a written notice or sending a telegram to Lincoln Benefit Life Company, P.O. Box 80469, Lincoln, NE 68501-0469, or to the agent from whom you purchased it, and by returning the policy or contract before midnight of the 20th day after the date you receive the policy. Notice given by mail and return of the policy or contract by mail are effective on being postmarked, properly addressed and postage prepaid. We will return all payments made for this policy within ten days after we receive notice of cancellation and the returned policy. **READ YOUR CONTRACT CAREFULLY.**

Executed for the Company at its home office in Lincoln, Nebraska on its issue date.

*Carol S. Watson*
Carol S. Watson
Secretary

B. Eugene Wraith
President

**LINCOLN BENEFIT LIFE COMPANY**
On Lincoln Benefit Life Drive
Lincoln, NE 68506
1-800-525-9287

**TERM INSURANCE TO AGE 95 POLICY**
Premiums Payable Until the Termination Date or Prior Death
Premiums are Level for a Period of Time (As Specified in the Policy),
Then Will Increase, Based on Your Attained Age
and are Fully Guaranteed.
Convertible to the Earlier of Age 70,
or the Initial Premium Period (As Specified in the Policy)

A Legal Reserve Stock Life Insurance Company
Nonparticipating

LP 0020

Page 1

Scanned with CamScanner

## Type of Policy

This policy insures the life of the insured. If the insured dies while this policy is in force, the death benefit will be paid to the beneficiary.

The premium for this policy is payable, during the lifetime of the insured, until the termination date. After the initial premium guarantee period, the initial premium will be adjusted to the premiums based upon the attained age and sex of the insured.

During the lifetime of the insured, you may:

...change the beneficiary;

...assign an interest in the policy;

...exercise the other rights provided.

This is only a summary of the policy terms. The detailed provisions of this policy will control. The provisions of your policy are set forth in the following sections:

Policy Data ..................... Page 3
Definitions ..................... Page 5
Death Benefit ................... Page 6
Beneficiary ..................... Page 6
Ownership ....................... Page 6
Premium Payment ................. Page 7
Conversion Right ................ Page 8
Exchange Right .................. Page 8
Other Terms of Your Policy ...... Page 9
Application ..................... Insert
Benefit Riders (if any) ......... Insert

### READ YOUR CONTRACT CAREFULLY

### TERM LIFE INSURANCE TO AGE 95 POLICY

Premiums Payable Until the Termination Date or Prior Death
Premiums are Level for a Period of Time (As Specified in the Policy)
Then Will Increase, Based on Your Attained Age
And are Fully Guaranteed.
Convertible to the Earlier of Age 70,
or the Initial Premium Period (As Specified in the Policy)
Nonparticipating

## Lincoln Benefit Life Company

### Policy Data

| | |
|---|---|
| Insured: | TED C DANG |
| Premium Class: | PREFERRED ELITE |
| Policy Number: | 01T1222277   Issue Age: 33 |
| Face Amount: | 500,000.00   Issue Date: 11/10/2000 |

**Termination Date: 11/10/2062**

### Benefit Description

| Description | Amount Insured | Initial Annual Premium | Expiry Date |
|---|---|---|---|
| Term Life Insurance to Age 95 | $500,000.00 | $375.00 | 11/10/2062 |
| Additional Insured Rider (See Page 4A for Details) | $500,000.00 | $275.00 | 11/10/2062 |
| Children's Level Term | $10,000.00 | $60.00 | 11/10/2032 |

### Premium Description

Premiums are payable until 11/10/2062 or prior death of the Insured.

**Initial Premium:**

| Annual | Semi-Annual | Semi-Annual Automatic | Quarterly | Quarterly Automatic | Monthly Automatic |
|---|---|---|---|---|---|
| $710.00 | $369.20 | $362.10 | $191.70 | $184.60 | $60.35 |

**Modal Factors**
- Semi-annual .52000
- Semi-annual automatic .51000
- Quarterly .27000
- Quarterly-automatic .26000
- Monthly-automatic .08500

Your selected mode is: ANNUAL

Initial Premium Guarantee Period: 20 years

The premiums are guaranteed to remain at the level of the initial premium for the first 20 policy years. After the 20th policy year, the premiums will increase each year, but will never exceed the guaranteed premiums as shown on Page 4.

LP 0020                                                                                                   Page 3

## Lincoln Benefit Life Company

### Policy Data
### Table of Guaranteed Annual Premiums

| Policy Year | Guaranteed Annual Premium | Policy Year | Guaranteed Annual Premium |
|---|---|---|---|
| 1 | 710.00 | 40 | 85,725.00 |
| 2 | 710.00 | 41 | 97,795.00 |
| 3 | 710.00 | 42 | 111,250.00 |
| 4 | 710.00 | 43 | 127,115.00 |
| 5 | 710.00 | 44 | 145,220.00 |
| 6 | 710.00 | 45 | 165,835.00 |
| 7 | 710.00 | 46 | 188,435.00 |
| 8 | 710.00 | 47 | 214,020.00 |
| 9 | 710.00 | 48 | 238,510.00 |
| 10 | 710.00 | 49 | 261,630.00 |
| 11 | 710.00 | 50 | 285,275.00 |
| 12 | 710.00 | 51 | 310,740.00 |
| 13 | 710.00 | 52 | 338,610.00 |
| 14 | 710.00 | 53 | 366,755.00 |
| 15 | 710.00 | 54 | 396,440.00 |
| 16 | 710.00 | 55 | 429,755.00 |
| 17 | 710.00 | 56 | 464,185.00 |
| 18 | 710.00 | 57 | 499,370.00 |
| 19 | 710.00 | 58 | 536,430.00 |
| 20 | 710.00 | 59 | 575,265.00 |
| 21 | 12,455.00 | 60 | 614,940.00 |
| 22 | 13,385.00 | 61 | 655,375.00 |
| 23 | 14,285.00 | 62 | 696,505.00 |
| 24 | 15,535.00 | | |
| 25 | 17,015.00 | | |
| 26 | 18,620.00 | | |
| 27 | 20,385.00 | | |
| 28 | 22,555.00 | | |
| 29 | 25,460.00 | | |
| 30 | 28,010.00 | | |
| 31 | 30,850.00 | | |
| 32 | 33,880.00 | | |
| 33 | 37,440.00 | | |
| 34 | 41,725.00 | | |
| 35 | 46,570.00 | | |
| 36 | 51,800.00 | | |
| 37 | 57,665.00 | | |
| 38 | 65,920.00 | | |
| 39 | 75,280.00 | | |

LP 0020

Page 4

Scanned with CamScanner

## Schedule of Additional Insured Rider Benefits

### Policy Number 01T1222277

**Additional Insured**  
KIMANH PHAM  
Age: 33  
Sex: FEMALE  
Premium Class: PREFERRED ELITE

**Benefit**  
$500,000.00 Additional Insured Rider

**Year of Expiry**  
11/10/2062

### Table of Guaranteed Annual Premiums

| Policy Year | Guaranteed Annual Premium | Policy Year | Guaranteed Annual Premium |
|---|---|---|---|
| 1 | 275.00 | 40 | 34,130.00 |
| 2 | 275.00 | 41 | 39,015.00 |
| 3 | 275.00 | 42 | 44,295.00 |
| 4 | 275.00 | 43 | 50,910.00 |
| 5 | 275.00 | 44 | 58,510.00 |
| 6 | 275.00 | 45 | 67,200.00 |
| 7 | 275.00 | 46 | 76,790.00 |
| 8 | 275.00 | 47 | 87,695.00 |
| 9 | 275.00 | 48 | 97,860.00 |
| 10 | 275.00 | 49 | 109,010.00 |
| 11 | 275.00 | 50 | 120,580.00 |
| 12 | 275.00 | 51 | 133,145.00 |
| 13 | 275.00 | 52 | 146,980.00 |
| 14 | 275.00 | 53 | 161,845.00 |
| 15 | 275.00 | 54 | 177,540.00 |
| 16 | 275.00 | 55 | 194,005.00 |
| 17 | 275.00 | 56 | 210,765.00 |
| 18 | 275.00 | 57 | 227,855.00 |
| 19 | 275.00 | 58 | 246,555.00 |
| 20 | 275.00 | 59 | 266,800.00 |
| 21 | 5,640.00 | 60 | 287,665.00 |
| 22 | 6,010.00 | 61 | 309,100.00 |
| 23 | 6,425.00 | 62 | 331,045.00 |
| 24 | 6,910.00 | | |
| 25 | 7,430.00 | | |
| 26 | 7,965.00 | | |
| 27 | 8,535.00 | | |
| 28 | 9,330.00 | | |
| 29 | 10,430.00 | | |
| 30 | 11,325.00 | | |
| 31 | 12,350.00 | | |
| 32 | 13,375.00 | | |
| 33 | 14,755.00 | | |
| 34 | 16,485.00 | | |
| 35 | 18,460.00 | | |
| 36 | 20,505.00 | | |
| 37 | 22,880.00 | | |
| 38 | 26,230.00 | | |
| 39 | 30,015.00 | | |

Scanned with CamScanner

## Definitions

When these words are used in this policy, they have the meaning stated:

*"app"*

The application which you completed requesting this policy, and any supplemental applications.

*"automatic premium basis"*

A method of paying required premiums automatically; for example, by bank draft or salary deduction.

*"benefit rider"*

An additional benefit we are providing, by a separate form issued with the policy.

*"due proof of death"*

(1) a certified original copy of the death certificate or (2) a certified copy of a decree of a court of competent jurisdiction as to the finding of death; or (3) a written statement by a medical doctor who attended the deceased at the time of death; or (4) any other proof satisfactory to the company.

*"in force"*

This policy is in force when the required premiums are paid by you when due or within the grace period.

*"initial premium guarantee period"*

The number of policy years that the initial premium for this policy is guaranteed.

*"insured"*

The person whose life is covered by this policy.

*"issue age"*

The age of the insured at the time this policy was issued (issue date) determined by the insured's last birthday.

*"issue date"*

The date the policy is issued, as shown on Page 3.

*"policy anniversary"*

The anniversary of the issue date in subsequent years.

*"policy data"*

The pages of this policy which identify specific information about the insured and the benefits.

*"policy year"*

A twelve month period of time beginning on an anniversary of the issue date.

*"premium class"*

The class into which the insured is placed, determined by our rules for providing insurance coverage.

*"termination date"*

The policy anniversary next following the insured's 95th birthday. The termination date is shown in the Policy Data.

*"we (our, us)"*

Our Company, Lincoln Benefit Life Company.

*"you"*

The owner of the policy.

LP 0020

Page 5

## Death Benefit

We will pay the death benefit when we receive due proof that the insured has died. Death must occur while this policy is in force.

The death benefit will include:

...the amount insured as stated on page 3;

...interest from the date of death to the date of settlement;

...any premium paid past the month of death.

The rate of interest will be determined by us, but will never be less than the rate required by the state in which the policy was issued. We will deduct any premium due for one month if death occurs when premium is unpaid and during the grace period.

The death benefit will be paid in one sum unless you select a settlement option as described in the *payment of proceeds* provision.

## Beneficiary

The beneficiary will receive the death benefit when the insured dies and we have received due proof of death. The beneficiary is as stated in the app, unless changed.

The beneficiaries will receive the death benefits in the following order:

...primary beneficiary, who will receive the death benefit if living when the insured dies.

...contingent beneficiary, who will receive the death benefit if the primary beneficiary dies before the insured.

If a beneficiary dies at the same time as the insured or within fifteen days thereafter, we will pay the death benefit as if that beneficiary were not living when the insured died. If none of the named beneficiaries are living when the insured dies, the death benefit will be paid to the insured's estate.

We will pay the death benefit to the beneficiaries according to the most recent written instructions we have received from you. If we do not have any written instructions, we will pay the death benefit in equal shares to the beneficiaries who are to share the funds. If there is more than one beneficiary in a class and one of the beneficiaries predeceases the insured, the death benefit will be paid to the surviving beneficiaries in that class.

You may name new beneficiaries. We will provide a form to be signed. You must file it with us. Upon receipt, it is effective as of the date you signed the form, subject to any action we have taken before we received it.

If you name one or more irrevocable beneficiaries no changes which affect policy values may be made without their consent. No beneficiary has any rights in this policy until the insured dies.

## Ownership

The insured is the owner if no other person is named in the app as owner. The owner controls the policy during the lifetime of the insured. Unless you provide otherwise, you may exercise all rights granted by the policy without the consent of anyone else. If the named owner dies before the insured, then the contingent owner named in the app is the new owner. If there is no contingent owner, then the owner's estate becomes the owner.

You may name a new owner. We will provide a form to be signed. You must file it with us. Upon receipt, it is effective as of the date you signed the form, subject to any action we have taken before we received it.

You may assign this policy or an interest in it to another. You must do so in writing and file the assignment with us. No assignment is binding on us until we receive it. When we receive it, your rights and those of the beneficiary will be subject to the assignment. We are not responsible for the validity of any assignment you make.

LP 0020

Page 6

Scanned with CamScanner

## Premium Payment

*premium payments*

To keep this policy in force during the lifetime of the insured, you must pay the premiums when they are due.

The first premium is due on the issue date. The insured must be alive when the first premium is paid. There is no insurance until the first premium is paid.

A premium paid is deemed fully earned on its due date. Once earned, a premium is non-refundable except as may be specifically stated in the policy.

Premiums must be sent to us at our home office. If you ask, we will give you a receipt.

*frequency of premium payments*

You may pay premium annually, semi-annually, quarterly, or on an automatic premium basis; for example, semi-annual automatic, quarterly-automatic, or monthly-automatic. The initial amount of premium for your frequency is stated on Page 3. You can not select a premium frequency that would result in a premium payment of less than $10.00. The amount of premium due in all years for an annual frequency is shown in the Policy Data. If you pay premium other than annually, the amount of premium for your frequency will be figured by multiplying the annual premium by the modal factor shown in the Policy Data.

*grace period*

You are allowed a grace period of thirty-one days after the premium due date in which to pay premiums. This policy remains in force during the grace period. We will send written notice to you at your last known address and to any assignee of record at least 31 days before the policy stops. There is no grace period for the first premium.

*non-payment of premium*

If you do not pay the premium due by the end of the grace period, this policy will lapse as of the due date of the unpaid premium. When the policy lapses, it is no longer in force.

*reinstatement*

If this policy lapses because you did not pay the premium, you may ask us to reinstate it.

We will reinstate the policy if you:

1. Request reinstatement prior to the termination date and within five years of the due date of the first premium which was not paid. This request must be made to us at our home office.

2. Give us the proof we require that the insured is still insurable in the stated premium class according to our normal rules.

3. Pay all due and unpaid premiums, plus 6% interest per year, compounded annually.

## Conversion Right

*conversion of this policy*

Prior to the earlier of the policy anniversary next following the insured's seventieth birthday or the end of the initial premium guarantee period, you may convert this policy to another policy insuring the life of the insured.

The conversion will be made on the following conditions:

1. This policy must be in force when you make the conversion.

2. The request for conversion must be written. The policy must be returned to us with the request.

3. The new policy selected by you must be a whole life or a flexible premium adjustable life plan then sold by us, which has a required annual premium that is greater than the annual premium for this plan as of the date of conversion.

4. The amount insured of the new policy will not be greater than the amount insured of this policy.

5. The issue date of the new policy will be the date of conversion, except for purposes of the suicide and incontestability provisions, which will be calculated from the issue date of this policy.

Scanned with CamScanner

6. The premium for the new policy will be based on the insured's sex, the most comparable premium class to this policy and the insured's age as of the issue date of the new policy. We will determine the premium class for the new policy. No new evidence of insurability will be required.

7. Any benefit riders providing additional benefits in the event of disability or death will be made a part of the new policy only with our consent.

## Exchange Right

You may exchange this policy for a new policy on the same plan of insurance at any time after the initial premium guarantee period, subject to the following conditions:

...This policy must be in force on the date of exchange;

...You must submit evidence of insurability on the insured acceptable to us; and

...The insured's age on the date of exchange must not be greater than the maximum issue age for this policy.

We will pay for the required evidence of insurability the first time you apply for exchange, whether we approve or deny the application. If we deny the application, we will only pay for the required evidence of insurability on a later application if we approve such later application.

When the evidence of insurability is approved, we will issue the new policy subject to the following terms:

...The issue date will be the date of exchange;

...The issue age will be the insured's age on the date of exchange;

...The amount insured and the premium class will be determined based on the evidence of the insurability provided;

...The first premium for the new policy must be paid on the date of exchange;

...Annual premium rates for the new policy will be those applicable to such policies on the date of exchange;

...The new policy may include any benefit rider this policy has. Any benefit rider is subject to the rules and premium rates in effect on the issue date of the new policy.

Coverage under this policy ends when coverage under the new policy begins. In no event will we provide coverage under both policies at the same time.

## Other Terms of Your Policy

*our contract with you*

These pages and the signed app are your entire contract with us. We issued it based upon your app and the payment of premium by you. A copy of the app is included. Any supplemental app will also be attached and made a part of the contract.

We will not use any statements, except those made in the app and any supplemental app, to challenge any claim or to avoid any liability under this policy. The statements made in the app will be treated as representations and not as warranties.

Only our officers have authority to change this contract. No agent may do this. Any change must be written.

*when protection starts*

The issue date is the date when this policy becomes effective, if the insured is then living and the first payment has been paid. The premium due dates, policy years and policy anniversaries are determined by the issue date stated in the Policy Data.

*misstatement of age or sex*

If the insured's age or sex shown on the app has been misstated, any proceeds will be adjusted to the amount which the premium paid would have purchased at the correct age and sex.

Scanned with CamScanner

*incontestability*

Except as provided in any attached benefit rider with an incontestability provision, we may not contest this policy once it has been in force during the lifetime of the insured for two years from its issue date except for failure to pay the premium. This means that we can not use any misstatement by you in the application to challenge any claim or to avoid liability under this policy after that time.

*suicide or self-destruction*

If the insured dies by suicide while sane or self-destruction while insane within two years of the issue date, we will not pay the death benefit. We will return to you all premiums paid.

*conformity with state law*

This policy is subject to the laws of the state where the app was signed. If any part of the policy does not comply with the law, it will be treated by us as if it did.

*nonparticipating*

This policy is nonparticipating. It does not share in our profits or surplus earnings. We will pay no dividends on this policy.

*when this policy stops*

This policy will stop on the earliest of:

1. The date you make a written request;
2. The date the insured dies;
3. The termination date as shown in the Policy Data;
4. The date of lapse for non-payment of premium;
5. The date of conversion; or
6. The date of exchange.

*basis of reserves*

The reserves for this policy are equal to or greater than those required by law.

A detailed statement of the method of computing reserves has been filed with the insurance department of the state of issue.

*payment of proceeds*

The death benefit will be paid in one sum or applied to any settlement option we then provide.

Settlement options will include:

1. We will hold the proceeds at interest, and pay out the funds when the person entitled to them requests.

2. We will pay a selected monthly income until the proceeds, with interest, are exhausted.

3. We will pay a monthly income, based upon the amount of proceeds, interest rate and the age and sex of the person or persons receiving the funds, for a selected period or the lifetime of the person or persons to whom the funds are being paid.

At the time the proceeds are payable, we will inform you or your beneficiary concerning the rate of interest to be paid on funds left with us. We guarantee that the rate of interest will not be less than 3 1/2%. We may pay interest in excess of the guaranteed rate.

We will issue a supplementary contract setting forth the benefits to be paid and the rights of the beneficiary. Each election must include at least $5,000.00 of policy proceeds and must result in installment payments of not less than $50.00.

The following table shows the guaranteed monthly payment per $1,000.00 of policy proceeds over the fixed number of years shown.

| No. of Years | Monthly Payment |
|---|---|
| 1 | $84.65 |
| 2 | 43.05 |
| 3 | 29.19 |
| 4 | 22.27 |
| 5 | 18.12 |
| 6 | 15.35 |
| 7 | 13.38 |
| 8 | 11.90 |
| 9 | 10.75 |
| 10 | 9.83 |
| 11 | 9.09 |
| 12 | 8.46 |
| 13 | 7.94 |
| 14 | 7.49 |
| 15 | 7.10 |
| 16 | 6.76 |
| 17 | 6.47 |
| 18 | 6.20 |
| 19 | 5.97 |
| 20 | 5.75 |

The following are selected guaranteed lifetime monthly income amounts per $1,000.00, with payments guaranteed for at least 10, 15 and 20 years.

| Age Last Birthday When Benefit Begins | Monthly Installment | | | | | |
|---|---|---|---|---|---|---|
| | 10 Year Certain | | 15 Year Certain | | 20 Year Certain | |
| | Male | Female | Male | Female | Male | Female |
| 55 | 4.91 | 4.51 | 4.81 | 4.46 | 4.67 | 4.39 |
| 56 | 5.01 | 4.59 | 4.89 | 4.53 | 4.73 | 4.45 |
| 57 | 5.10 | 4.67 | 4.98 | 4.61 | 4.79 | 4.52 |
| 58 | 5.21 | 4.75 | 5.06 | 4.69 | 4.86 | 4.58 |
| 59 | 5.32 | 4.85 | 5.15 | 4.77 | 4.92 | 4.65 |
| 60 | 5.43 | 4.94 | 5.24 | 4.85 | 4.99 | 4.72 |
| 61 | 5.55 | 5.04 | 5.34 | 4.94 | 5.06 | 4.78 |
| 62 | 5.68 | 5.15 | 5.43 | 5.03 | 5.11 | 4.85 |
| 63 | 5.81 | 5.26 | 5.53 | 5.13 | 5.17 | 4.93 |
| 64 | 5.95 | 5.38 | 5.63 | 5.22 | 5.23 | 5.00 |
| 65 | 6.09 | 5.51 | 5.73 | 5.33 | 5.29 | 5.07 |
| 66 | 6.24 | 5.64 | 5.83 | 5.43 | 5.35 | 5.14 |
| 67 | 6.39 | 5.78 | 5.93 | 5.54 | 5.40 | 5.20 |
| 68 | 6.55 | 5.92 | 6.03 | 5.65 | 5.45 | 5.27 |
| 69 | 6.72 | 6.08 | 6.13 | 5.76 | 5.49 | 5.33 |
| 70 | 6.89 | 6.24 | 6.23 | 5.87 | 5.53 | 5.39 |
| 71 | 7.06 | 6.41 | 6.32 | 5.98 | 5.57 | 5.44 |
| 72 | 7.23 | 6.50 | 6.41 | 6.09 | 5.60 | 5.49 |
| 73 | 7.41 | 6.77 | 6.49 | 6.20 | 5.63 | 5.54 |
| 74 | 7.59 | 6.96 | 6.57 | 6.31 | 5.66 | 5.58 |
| 75 | 7.76 | 7.16 | 6.64 | 6.41 | 5.68 | 5.62 |
| 76 | 7.94 | 7.36 | 6.71 | 6.50 | 5.70 | 5.65 |
| 77 | 8.11 | 7.56 | 6.77 | 6.59 | 5.71 | 5.67 |
| 78 | 8.28 | 7.76 | 6.83 | 6.67 | 5.73 | 5.69 |
| 79 | 8.44 | 7.96 | 6.87 | 6.74 | 5.74 | 5.71 |
| 80 | 8.59 | 8.15 | 6.92 | 6.81 | 5.75 | 5.73 |
| 81 | 8.74 | 8.34 | 6.96 | 6.86 | 5.75 | 5.74 |
| 82 | 8.87 | 8.52 | 6.99 | 6.91 | 5.76 | 5.75 |
| 83 | 9.00 | 8.69 | 7.02 | 6.95 | 5.76 | 5.75 |
| 84 | 9.11 | 8.85 | 7.04 | 6.99 | 5.77 | 5.76 |
| 85 or older | 9.22 | 8.99 | 7.06 | 7.02 | 5.77 | 5.76 |

Write to us if you want to know other amounts.

# Lincoln Benefit Life Company

## Additional Insured Term Insurance Benefit Rider

*benefit*

We will pay the amount insured provided by this rider when we receive proof that the additional insured died while this rider was in force. The additional insured and the death benefit for this rider are shown in the Policy Data.

*beneficiary*

Any amount payable under this rider upon the death of an additional insured will be paid to you, unless otherwise provided. If you are deceased, payment will be made to the estate of such additional insured.

*incontestability*

We may not contest this rider after the rider has been in force while the additional insured is alive for two years from the issue date of the rider.

*suicide or self-destruction*

If the additional insured dies by suicide while sane or by self-destruction while insane within 2 years from the issue date of this rider, proceeds payable with respect to this rider will be limited to the amount of premiums charged for this rider.

*conversion right*

Prior to the earlier of the rider anniversary next following the additional insured's seventieth birthday or the end of the initial premium guarantee period for this rider, you may convert this rider to another policy insuring the life of the additional insured.

The conversion will be made on the following conditions:

1. This rider must be in force when you make the conversion.
2. The request for the conversion must be written. The rider must be returned to us with the request.
3. The new policy selected by you must be a whole life or flexible premium adjustable life plan then sold by us, which has a required annual premium that is greater than the annual premium for this rider as of the date of conversion.
4. The additional insured's age on the date of conversion must not be greater than the maximum issue age for the new policy.
5. The amount insured of the new policy will not be greater than the amount insured by this rider.
6. The issue date of the new policy will be the date of conversion, except for purposes of the suicide and incontestability provisions, which will be calculated from the issue date of this rider.
7. The premium for the new policy will be based on the additional insured's sex, the most comparable premium class applicable to this policy and the insured's age as of the issue date of the new policy. We will determine the premium class for the new policy. No new evidence of insurability will be required.
8. In addition, we will allow conversion to the same plan of insurance as this rider under either of the following conditions:

   a. If this rider terminates due to the death of the insured under the policy, the insured under this rider may convert this rider by written request within 60 days of the termination date of the policy, or
   b. If the additional insured is your spouse, and a final divorce decree on your marriage has been issued, the insured under this rider may convert the rider by written request within 60 days of the date of the final divorce decree.

In no event will we provide coverage under the rider at the same time as the new policy issued pursuant to the special additional insured rider conversion privilege.

LR 0021

### when this rider stops

This rider will stop:

1. on the expiry date shown in the Policy Data; or
2. when this rider is converted as provided; or
3. on the premium due date after you make a written request; or
4. if the premium for this rider and the policy is not paid before the grace period; or
5. when the policy stops.

### basis of computations

The reserves for this rider are computed upon the Commissioners 1980 Standard Ordinary Nonsmoker/Smoker Mortality Table, using selection factors, interest as prescribed in the Standard Valuation Law, the insured's age last birthday, and the assumption that deaths occur at the end of policy years.

### other terms of this rider

1. This rider is made a part of the policy on the issue date, and except as provided is subject to all terms of the policy.
2. The premium for this rider is stated in the Policy Data. The amount of the premium required will never exceed the premiums shown in the Policy Data.

The issue date of this rider is the issue date of the policy unless a later date is stated here:

**LINCOLN BENEFIT LIFE COMPANY**

B. Eugene Wraith
President

LR 0021

# Child Protection Benefit Rider

### benefit

The amount insured for each insured child is $5,000 for each unit of this rider. We will pay the amount insured provided by this rider when we receive proof that an insured child's death occurred:

1. while this rider is in force; and
2. after that insured child became 15 days old; and
3. before the earlier of that insured child's 25th birthday or the rider termination date.

### definitions

Insured child means:

1. any child, stepchild, or legally adopted child of the insured, if the child is named in the application for the policy or this rider and is less than 18 years old on the issue date of this rider; and
2. any child who, after the date of the application, is born of the marriage of the insured and the insured's spouse or is legally adopted by the insured prior to the child's 18th birthday.

### beneficiary

Any amount payable under this rider upon death of an insured child will be paid to you, unless otherwise provided. If you are deceased, payment will be made to the estate of such insured child.

### continuation of insurance

If the insured dies while this rider is in force, any remaining insurance provided by this rider will continue in force as paid-up term insurance with no further premium payable.

### ownership

Unless otherwise provided in the policy, ownership of this rider will be as follows:

1. you will be the owner while living:
2. after your death, insurance on the life of each insured child will be owned by that child.

### exchange right

The insurance on each insured child may be exchanged for a new policy upon the child's 25th birthday, or the termination date of this benefit, if earlier.

The exchange will be made on the following conditions:

1. This rider must be in force when you make the exchange.
2. The request for exchange must be written.
3. The new policy selected by you must be a whole life or a flexible premium adjustable life plan then sold by us.
4. The amount insured of the new policy will not be greater than five times the amount insured of this rider on the date of exchange, but never less than $5,000.
5. The issue date of the new policy will be the date of exchange.
6. The premium for the new policy will be based on the insured child's sex, attained age and standard premium class. No new evidence of insurability will be required.
7. Any benefit riders providing additional benefits in the event of disability or death will be made a part of the new policy only with our consent.

On the date of exchange, the insurance provided by this rider on that insured child will terminate.

### when this rider stops

This rider will stop:

1. On the policy anniversary next following the insured's 65th birthday; or
2. On the premium due date after you make a written request; or
3. If the premium due for this rider and the policy is not paid before the end of the grace period; or
4. When the policy stops.

LR 8902

Scanned with CamScanner

*reinstatement*

If the policy is reinstated, this rider may be reinstated at the same time provided we receive evidence satisfactory to us of the good health and insurability of all children to be insured under this rider.

Reinstatement will create no liability because of the death of any insured child occurring prior to the date of reinstatement.

*misstatement of age*

If the age of the insured child has been misstated, the termination date of the term insurance for that insured child will be based on the correct age.

*suicide*

If any insured child, while sane, dies by suicide within one year from the issue date of this rider, this rider will immediately become void. Our liability under this rider will be limited to an amount equal to the premium paid for this rider.

*cash value*

This rider does not have cash value while on a premium-paying basis. If this rider becomes fully paid-up, cash value is available upon surrender. The amount of cash value is set forth in this table:

Cash Value for each $1,000 of Insurance

| Attained age of Insured Child | Cash Value | Attained age of Insured Child | Cash Value |
|---|---|---|---|
| 0 | $19 | 13 | $15 |
| 1 | 17 | 14 | 15 |
| 2 | 17 | 15 | 14 |
| 3 | 17 | 16 | 13 |
| 4 | 16 | 17 | 12 |
| 5 | 16 | 18 | 11 |
| 6 | 16 | 19 | 10 |
| 7 | 16 | 20 | 9 |
| 8 | 16 | 21 | 7 |
| 9 | 16 | 22 | 6 |
| 10 | 16 | 23 | 4 |
| 11 | 16 | 24 | 2 |
| 12 | 16 | 25 | 0 |

*basis of computations*

The reserves for this rider are computed upon the Commissioners 1980 Standard Ordinary Mortality Table, 4 1/2% interest, the insured's age last birthday, and the assumption that deaths occur at the end of policy years. The cash value of a paid-up benefit surrendered within 30 days of a policy anniversary is not less than the present value of future guaranteed benefits on the anniversary.

*other terms of this rider*

1. This rider is made a part of the policy, and except as provided is subject to all the terms of the policy.

2. The premium for this rider is stated in the Schedule.

The effective date of this rider is the issue date unless a later date is stated here:

**Lincoln Benefit Life Company**

B. Eugene Wraith
President

LR 8902