1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim-Anh Pham, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Lincoln Benefit Life Company, and Does 1 to 50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00561-KJM-DB<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER EXTENDING TIME FOR DEFENDANT LINCOLN BENEFIT TO RESPOND TO PLAINTIFF KIM-ANH PHAM'S FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed:  March 23, 2023 |

The Court, having reviewed the Parties' Joint Stipulation to Extend Time for Defendant Lincoln Benefit ("Lincoln Benefit") to Respond to Plaintiff Kim-Anh Pham's ("Plaintiff") First Amended Complaint ("Stipulation"), and for good cause shown, hereby approves the Stipulation. Lincoln Benefit's deadline to respond to Plaintiff's First Amended Complaint is hereby extended from December 1, 2023 to December 15, 2023.  In the event Lincoln Benefit files a motion to dismiss pursuant to Federal Rule of Civil Procedure 12, Plaintiff will then have 42 days, until January 26, 2024, to respond, and Lincoln Benefit will have 14 days from the date of Plaintiff's response to file a reply.

IT IS SO ORDERED.

DATED:  November 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE