# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-ANH PHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-00561-KJM-SCR<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER PERMITTING PLAINTIFF TO FILE HER SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed: March 23, 2023 |

The Court, having reviewed the Parties' Joint Stipulation to Permit Plaintiff to File Her Second Amended Complaint ("Stipulation"), and for good cause shown, hereby approves the Stipulation. Plaintiff's Second Amended Complaint is deemed filed as of today.

IT IS SO ORDERED.

Dated: December 5, 2025.

_____
UNITED STATES DISTRICT JUDGE