# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM-ANH PHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-00561-KJM-DB<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT LINCOLN BENEFIT LIFE COMPANY'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:   3/23/2023<br>FAC Filed:          11/17/2023<br>SAC Filed:          12/5/2025<br><br>Current Response Date: 12/19/2025<br>New Response Date:     1/19/2026 |

**ORDER**

Having considered the Joint Stipulation to Extend Defendant Lincoln Benefit Life Company's Time to Respond to the Second Amended Complaint, the Court finds good cause shown, and hereby GRANTS the request and ORDERS as follows:

Defendant Lincoln Benefit Life Company's deadline to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint is extended through, and including, January 19, 2026.

**IT IS SO ORDERED.**

DATED: December 22, 2025.

UNITED STATES DISTRICT JUDGE