# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KIM-ANH PHAM, on behalf of herself and all others similarly situated,

        Plaintiff,

   v.

LINCOLN BENEFIT LIFE COMPANY, and DOES 1 to 50, inclusive,

        Defendant.

No. 2:23-cv-00561-TLH-SCR

Hon.  Troy L. Nunley
Courtroom 2

**ORDER AMENDING BRIEFING SCHEDULE**

[Filed concurrently with Joint Stipulation]

Complaint Filed:  March 23, 2023

The Court, having reviewed the Parties' Joint Stipulation to Amend Briefing Schedule on Defendant's Motion to Dismiss ("Stipulation"), and for good cause shown, hereby approves the Stipulation.

1. Plaintiff's deadline to file her Response to Defendant's Motion to Dismiss shall be extended by fourteen (14) days and is now due on or before February 17, 2026;

2. Defendant's deadline to file its Reply shall be due fourteen (14) days after Plaintiff files her response, and is now due on or before March 3, 2026.

IT IS SO ORDERED.

Dated: February 2, 2026

_____
Troy L. Nunley
Chief United States District Judge

---

2

ORDER AMENDING BRIEFING SCHEDULE

CASE NO. 2:23-CV-00561-TLH-SCR